ORIGINAL
D+F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NDIDI AZIKIWE, et al.,

                Plaintiffs,

-against-                                   **ORDER**
                                         Case No. 03-CV-06387 (FB)

NIGERIAN AIRWAYS LIMITED, et al.,

                Defendants.
----------------------------------------------------------------x

*Appearances:*

| *For the Plaintiffs*: | *For the Defendants*: |
|---|---|
| MORRIS FISCHER, ESQ. | EPHRAIM UGWUONYE, ESQ. |
| Fagbenle Attorneys, LLC | ECU Associate, P.C. |
| Air Rights Center | 850 Sligo Avenue |
| 4550 Montgomery Avenue, Suite 601 | Suite 400 |
| Bethesda, MD 20814 | Silver Spring, MD 20910 |

THEO I. OGUNE, ESQ.
The Law Offices of Ogune, LLC
1 East Mt. Royal Avenue
Baltimore, MD 21202

**BLOCK, Senior District Judge:**

        For the reasons discussed in open court today, the parties' joint motion to certify the class and preliminarily approve the settlement is denied without prejudice. So that each member of the plaintiff class may be identified, defendant is ordered to conduct due diligence in order to procure the name and address of every passenger aboard Nigeria Airways Flight WT.851 from New York City (JFK) to Lagos, Nigeria on November 30, 2002. Within 30 days of the date of this order, defendant shall furnish a list containing these names and addresses to plaintiffs and the Court; if

defendant is unable to identify the name and address of every passenger, it shall immediately inform

plaintiffs and the Court as to why it cannot do so.

**SO ORDERED.**

/signed/

FREDERIC BLOCK
Senior United States District Judge

Dated: Brooklyn, New York
　　　　March 13, 2008